**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| ROMELIA PEREZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN FAMILY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-00849 RSM<br><br>**STIPULATION TO CONTINUE THE DEADLINE TO AMEND PLEADINGS**<br><br>**Noted for: August 19, 2020** |

**STIPULATION**

The parties to this action, by and through the undersigned counsel, hereby stipulate that the current August 27, 2020, deadline for amending pleadings be continued to October 31, 2020. A continuance is warranted due to outstanding discovery issues, and to afford the parties time to engage in meaningful ADR.

The parties agree that there is good cause to continue the deadline for amending pleadings in this matter.  A continuance will not prejudice either party's case at trial, but failure to grant a continuance will substantially prejudice the parties as it may adversely affect the likelihood of early resolution. The parties agree that the Court should continue deadline for amending pleadings to October 31, 2020 pursuant to this stipulation.

///

///

STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO AMEND PLEADINGS
- 1

DATED this 19th day of August, 2020.

| RUIZ & SMART PLAINTIFF LITIGATION | COLE | WATHEN | LEID | HALL PC |
|---|---|

 s/ *Kathryn Knudsen (per email authorization)*  
Isaac Ruiz, WSBA #35237  
Kathryn Knudsen, WSBA #41075  
*Attorneys for Plaintiffs*  
95 S Jackson St Ste 100  
Seattle, WA 98104  
T: (206) 203-9100  
iruiz@plaintifflit.com  
kknudsen@plaintifflit.com  

*s/Christopher J. Roslaniec*  
Rory W. Leid, WSBA No. 25075  
Christopher J. Roslaniec, WSBA #40568  
*Attorneys for Defendant*  
1505 Westlake Avenue North, Suite 700  
Seattle, WA 98109-6243  
T: (206) 622-0494  
rleid@cwlhlaw.com  
croslaniec@cwlhlaw.com  

**ORDER**

**IT IS HEREBY ORDERED that** current August 27, 2020, deadline for amending pleadings be continued to November 2, 2020.

Dated this 26th day of August, 2020.

_____  
RICARDO S. MARTINEZ  
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO AMEND PLEADINGS  
- 2