Honorable Ricardo Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROMELIA PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY,<br><br>    Defendant. | No. 2:20-cv-00849-RSM<br><br>STIPULATION AND ORDER CONTINUING CERTAIN PRETRIAL DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>**January 4, 2021**<br><br>**CLERK'S ACTION REQUIRED** |

## I. STIPULATION

The parties to this action, by and through the undersigned counsel, hereby stipulate to extend the deadlines for expert disclosure, discovery, and dispositive motions. Good cause exists to continue these deadlines because plaintiff recently amended her complaint to assert extracontractual claims, and the parties need additional time to comply with the Court's deadlines. The parties ask the deadlines to be amended as follows:

    Expert witness disclosures:    March 3, 2021

    Filing discovery-related motions:    April 8, 2021

    Discovery deadline:    April 26, 2021

STIPULATION AND ORDER CONTINUING
CERTAIN PRETRIAL DEADLINES
(No. 2:20-cv-00849-RSM) - 1

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1 | Dispositive motions:               May 6, 2021

2 | The parties agree all other deadlines should remain as scheduled.

3 | DATED this 4th day of January 2021.

4

5 | RUIZ & SMART PLLC                                COLE WATHEN LEID HALL PC

6

7 | By _s/Kathryn M. Knudsen_                        By: _s/RoryW.Leid_
    Isaac Ruiz, WSBA #35237                          Rory W. Leid, WSBA #25075
8 | Kathryn Knudsen, WSBA #41075                     William Weber, WSBA #28867
    iruiz@plaintifflit.com                           rleid@cwlhlaw.com
9 | kknudsen@plaintifflit.com                        wweber@cwlhlaw.com

10 | *Attorneys for plaintiff Romelia Perez*         *Attorneys for Defendant*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER CONTINUING
CERTAIN PRETRIAL DEADLINES
(No. 2:20-cv-00849-RSM) - 2

**RUIZ & SMART PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

## II. ORDER

Pursuant to the foregoing stipulation of the parties, the Court directs the Clerk to enter an Order reflecting the amended pre-trial dates in accordance with the above stipulation. All other deadlines shall remain unchanged.

Dated this 8th day of January, 2021.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

RUIZ & SMART PLLC

By _s/Kathryn Knudsen_____
Isaac Ruiz, WSBA #35237
Kathryn Knudsen, WSBA #41075
iruiz@plaintifflit.com
kknudsen@plaintifflit.com

*Attorneys for plaintiff Romelia Perez*

Approved as to form:

COLE WATHEN LEID HALL, P.C.

By: s/Rory W. Leid_____
Rory W. Leid, WSBA #25075
William Weber, WSBA #28867
rleid@cwlhlaw.com
wweber@cwlhlaw.com

*Attorneys for Defendant*

STIPULATION AND ORDER CONTINUING
CERTAIN PRETRIAL DEADLINES
(No. 2:20-cv-00849-RSM) - 3

**RUIZ & SMART PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702