Honorable Ricardo Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROMELIA PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY,<br><br>    Defendant. | No. 2:20-cv-00849-RSM<br><br>STIPULATION AND ORDER CONTINUING CERTAIN PRETRIAL DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>**February 18, 2021**<br><br>**CLERK'S ACTION REQUIRED** |

## I. STIPULATION

The parties to this action, by and through the undersigned counsel, hereby stipulate to extend the deadlines for expert disclosure, discovery, and dispositive motions. Good cause exists to continue these deadlines because two discovery motions are pending before the Court related to defendant's Fed. R. Civ. P. 30(b)(6) deposition and because the adjuster working on plaintiff's claim is currently on family leave and unable to appear for his deposition at this time. The parties ask the deadlines to be amended as follows to accommodate time for the parties' experts to provide complete opinions and to allow time for discovery:

Expert witness disclosures:          April 16, 2021

STIPULATION AND ORDER CONTINUING
CERTAIN PRETRIAL DEADLINES
(No. 2:20-cv-00849-RSM) - 1

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

| | | |
|---|---|---|
| 1 | Filing discovery-related motions: | April 23, 2021 |
| 2 | Discovery deadline: | May 14, 2021 |
| 3 | Dispositive motions filed by: | May 28, 2021 |

The parties agree all other deadlines should remain as scheduled.

DATED this 18th day of February, 2021.

| RUIZ & SMART PLLC | COLE WATHEN LEID HALL PC |
|---|---|
| By_*s/Kathryn M. Knudsen* | By:*s/Elyse O'Neill* |
| Isaac Ruiz, WSBA #35237 | Rory W. Leid, WSBA #25075 |
| Kathryn Knudsen, WSBA #41075 | William Weber, WSBA #28867 |
| iruiz@plaintifflit.com | Elyse O'Neill, WSBA #46563 |
| kknudsen@plaintifflit.com | rleid@cwlhlaw.com |
| | wweber@cwlhlaw.com |
| | eoneill@cwlhlaw.com |
| *Attorneys for plaintiff Romelia Perez* | *Attorneys for Defendant* |

STIPULATION AND ORDER CONTINUING
CERTAIN PRETRIAL DEADLINES
(No. 2:20-cv-00849-RSM) - 2

**RUIZ & SMART PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

## II. ORDER

Pursuant to the foregoing stipulation of the parties, the pre-trial dates are amended in accordance with the above stipulation. All other deadlines shall remain unchanged.

Dated this 22nd day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

RUIZ & SMART PLLC

By *s/Kathryn Knudsen*
Isaac Ruiz, WSBA #35237
Kathryn Knudsen, WSBA #41075
iruiz@plaintifflit.com
kknudsen@plaintifflit.com

*Attorneys for plaintiff Romelia Perez*

Approved as to form:

COLE WATHEN LEID HALL, P.C.

By: *s/Elyse O'Neill*
Rory W. Leid, WSBA #25075
William Weber, WSBA #28867
Elyse O'Neill, WSBA #46563
rleid@cwlhlaw.com
wweber@cwlhlaw.com
eoneill@cwlhlaw.com

*Attorneys for Defendant*

STIPULATION AND ORDER CONTINUING
CERTAIN PRETRIAL DEADLINES
(No. 2:20-cv-00849-RSM) - 3

Ruiz & Smart PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702