UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMELIA PEREZ, | CASE NO. C20-849RSM |
| Plaintiff, | |
| v. | ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER |
| AMERICAN FAMILY INSURANCE COMPANY, | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulated Motion for Protective Order. Dkt. #34.

The Court finds that the proposed Protective Order does not conform to the requirement that its "protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles" as required by Local Rule 26(c)(2). Under the section entitled Confidential Material, the Court's model protective order instructs: "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The parties have not followed these instructions and instead drafted an order stating that confidential material "may include but is not limited to… American Family's policies and procedures related to claims handling, course and

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 1

training materials, confidential and proprietary information." Dkt. #34 at 2. The last four words are grammatically ambiguous and appear to serve as a catch-all.

Although some specific categories of documents are described, the Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential. The parties submit no argument to justify this departure from the model protective order's guidelines. Given all of the above, the Motion will be denied.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion for Protective Order, Dkt. #34, is DENIED.

DATED this 1st day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE