**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| ROMELIA PEREZ,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY,<br><br>  Defendant. | No. 2:20-cv-00849-RSM<br><br>STIPULATED MOTION AND ORDER CONTINUING TRIAL AND RELATED DEADLINES |

## I. STIPULATION

The parties to this action, by and through the undersigned counsel, hereby stipulate to extend the deadlines for expert disclosure, discovery, and dispositive motions. Good cause exists to continue these deadlines because scheduling conflicts have prevented American Family from producing certain witnesses prior to the current expert witness disclosure deadline. The parties ask the deadlines to be amended as follows to accommodate additional time for the parties' experts to provide complete opinions and to allow time for discovery. Given the current trial date in July 2021, the parties jointly move the court for an order continuing the trial to October 4, 2021.

**Trial Date:**                                                        **October 4, 2021**

Expert witness disclosures no later than:           June 25, 2021

STIPULATED MOTIION AND ORDER
CONTINUING TRIAL AND RELATED
DEADLINES
(No. 2:20-cv-00849-RSM) - 1

| | |
|---|---|
| Filing discovery-related motions: | July 8, 2021 |
| Discovery deadline: | July 29, 2021 |
| Dispositive motions filed by: | August 12, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | September 13, 2021 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | October 1, 2021 |

The parties agree all other deadlines should remain as scheduled.

Respectfully submitted this 24th day of March, 2021.

| | |
|---|---|
| RUIZ & SMART PLLC | COLE WATHEN LEID HALL PC |
| By *s/Kathryn M. Knudsen* | By:*s/Elyse O'Neill* |
| Isaac Ruiz, WSBA #35237 | Rory W. Leid, WSBA #25075 |
| Kathryn Knudsen, WSBA #41075 | William Weber, WSBA #28867 |
| iruiz@plaintifflit.com | Elyse O'Neill, WSBA #46563 |
| kknudsen@plaintifflit.com | rleid@cwlhlaw.com |
| | wweber@cwlhlaw.com |
| | eoneill@cwlhlaw.com |
| *Attorneys for plaintiff Romelia Perez* | *Attorneys for Defendant* |

STIPULATED MOTIION AND ORDER CONTINUING TRIAL AND RELATED DEADLINES
(No. 2:20-cv-00849-RSM) - 2

## II. ORDER

Pursuant to the foregoing stipulation of the parties, the pre-trial and trial deadlines are AMENDED as set forth above. All other deadlines shall remain unchanged.

IT IS SO ORDERED.

Dated this 26th day of March, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE