UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| ROMELIA PEREZ, | |
|---|---|
| Plaintiff, | Case No. 2:20- cv- 00849 RSM |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE WITHOUT FEES AND COSTS** |
| AMERICAN FAMILY INSURANCE COMPANY, | |
| Defendants. | **(CLERK'S ACTION REQUIRED)** |

### I. STIPULATION

THE PARTIES HEREBY STIPULATE and agree that the above-entitled matter has been fully compromised and settled between the parties, and the same may be dismissed with prejudice and without attorney fees and costs.

DATED this June 23, 2021.                     DATED this June 23, 2021.

**WATHEN | LEID | HALL| RIDER, P.C.**         **RUIZ & SMART PLANTIFF LITIGATION**
.

*/s/ Rory W. Leid, III*                        */s/ Kathryn Knudsen* (per email authority 6/23/21)
Rory W. Leid, WSBA #25075                      
                                               Isaac Ruiz, WSBA #35237
*/s/ William L. Weber III*                     Kathryn Knudsen, WSBA #41075
William L. Weber III, WSBA #28867              *Attorneys for Plaintiff*
                                               95 S. Jackson St Ste 100
*/s/ A. Elyse O'Neill*                         Seattle, WA 98104

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE WITHOUT FEES AND COSTS** – 1

| | | |
|---|---|---|
| 1 | A. Elyse O'Neill, WSBA #46563 | (206) 203-9100 |
| | *Attorney for Defendants* | iruiz@plantifflit.com |
| 2 | 222 Etruria St. | kknudsen@plantifflit.com |
| | Seattle, WA 98109 | |
| 3 | Tel: (206) 622-0494 | Fax: (206) 587-2476 | |
| | rleid@cwlhlaw.com | wweber@cwlhlaw.com | | |
| 4 | eoneill@cwlhlaw.com | |

# ORDER

IN CONFORMITY with the foregoing Stipulation, the actions between the parties are dismissed with prejudice and without attorney fees and costs.

DATED this 25th day, June, 2021.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**WATHEN | LEID | HALL| RIDER, P.C.**

/s/ Rory W. Leid, III
Rory W. Leid, WSBA #25075

/s/ William L. Weber III
William L. Weber III, WSBA #28867

/s/ A. Elyse O'Neill
A. Elyse O'Neill, WSBA #46563
*Attorney for Defendants*
222 Etruria St.
Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | wweber@cwlhlaw.com |
eoneill@cwlhlaw.com

Approved as to form:

**RUIZ & SMART PLANTIFF LITIGATION**

 /s/ Kathryn Knudsen (per email authority 6/23/21)
Isaac Ruiz, WSBA #35237
Kathryn Knudsen, WSBA #41075
*Attorneys for Plaintiff*
95 S. Jackson St Ste 100
Seattle, WA 98104
(206) 203-9100
iruiz@plantifflit.com
kknudsen@plantifflit.com